IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| YAN REMPEL | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | No.: 1:17-cv-03623-RMB-AMD |
|     v. | : | |
| | : | |
| COOPER HEALTH SYSTEM | : | |
| | : | |
|     Defendant. | | **NOTICE OF VOLUNTARY DISMISSAL** |

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yan Rempel, by and through his counsel, hereby gives notice that the above-captioned action is settled and voluntarily dismissed, with prejudice against the defendant Cooper Health System.

                                                      **ABARA LAW FIRM, PLLC.**

                                        By: __/s/ *Obinna I. Abara*_____
                                           OBINNA I. ABARA, ESQUIRE
                                           Attorney I.D. No.:   204964
                                           1950 Butler Pike, # 255
                                           Conshohocken, PA 19428
                                           (215) 360-3260
                                           *Attorney for Plaintiff*

Date:  __July 18, 2017_____

## CERTIFICATE OF SERVICE

I, OBINNA I. ABARA, ESQUIRE, hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was served this date, via electronic mail, upon:

Christine P. O'Hearn, Esq.
**BROWN & CONNERY, LLP**
360 Haddon Ave.
Westmont, NJ 08108
856 854 8900
Fax 856 858 4967
cohearn@brownconnery.com

**ABARA LAW FIRM, PLLC**

__/s/ *Obinna I. Abara*_____
OBINNA I. ABARA, ESQUIRE
Attorney for Plaintiff, Yan Rempel

Dated: July 18, 2017